**STATE of Missouri, Respondent,**

v.

**Steven F. LEWIS, Appellant.**

**No. WD 57840.**

Missouri Court of Appeals,
Western District.

Jan. 23, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied
May 29, 2001.

Kent Denzel, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, Presiding Judge, ELLIS, Judge and LAURA DENVIR STITH, Judge.

### ORDER

PER CURIAM:

Steven F. Lewis appeals his convictions for assault in the first degree, § 565.050, RSMo (1994), and burglary in the first degree, § 569.160, RSMo (1994). No jurisprudential purpose would be served by a formal written opinion. However, a mem-

orandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).